IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DIANA J. ZACHARIAS,

      Plaintiff,

v.                                     Civil Action No. 07-2040-KHV

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

      Defendant.

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,830.59.

The Court is further informed by the parties that the Plaintiff has entered into an "Attorney Fee Contract for Social Security Benefits/SSI Fee Agreement - Federal Court" in which the Plaintiff assigned any entitlement to a fee under the EAJA to her attorney. Based upon this information, and the absence of objection by the Defendant (*see* Def.'s Resp. To Pl.'s Mot. for Attorney Fees Pursuant To The Equal Access To Justice Act, filed Dec. 20, 2007), the Court permits payment of the EAJA fee to be made directly to the Plaintiff's counsel as assignee.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$5,830.59**. The check to the Plaintiff shall be made payable to the Plaintiff's attorney Andrea S. Stubblefield.

IT IS SO ORDERED.

Dated this 20th day of December, 2007.

                s/ Kathryn H. Vratil
                KATHRYN H. VRATIL
                UNITED STATES DISTRICT JUDGE

APPROVED BY:


 s/ Andrea S. Stubblefield
Andrea S. Stubblefield, Ks. S. Ct. #15306
Stubblefield Law Firm, P.C
901 S.E. Willow Ridge Drive
Blue Springs, MO 64014
Tel: (816) 694-2683
Fax: (816) 228-6576
E-mail: andreastubblefield@sbcglobal.net
  Attorney for Plaintiff



ERIC F. MELGREN
United States Attorney

 s/ David Zimmerman
David D. Zimmerman
Assistant United States Attorney
Kan. Fed. Bar No. 23486
500 State Avenue, Suite 360
Kansas City, KS 66101
Tel: (913) 551-6730
Fax: (913) 551-6541
E-mail: david.zimmerman@usdoj.gov
  Attorneys for the United States